IN THE US DISTRICT COURT
SOUTHERN DISTRICT OF MS
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR -2 2021
ARTHUR JOHNSTON
BY_____ DEPUTY

ASHLEY B. JOHNSON                                    PLAINTIFF

VS                            CAUSE NO. *3:21 CV 226 KHJ-MTP*

JACKSON PUBLIC SCHOOL                               DEFENDANT
DISTRICT

## COMPLAINT
### (Jury Demanded)

Ashley Johnson files my Complaint against defendant Jackson Public School

District.  In support thereof, the Plaintiff states as follows.

## PARTIES

The Plaintiff ashley Johnson is an adult resident citizen of Hinds County in the

State of Mississippi.  Jackson Public School District is a business located at 662 S.

President st. in Jackson Mississippi; 39201.

## **JURISDICTION AND VENUE**

This Court has Jurisdiction over this matter since the defendant violated laws Pertaining to the Civil Rights act of 1964- namely Employment Discrimination. In addition, provisions of the Cares Act of 2020 were violated. I am a person of Color and my immediate Supervisor, Ms Harper is a Caucasian.

## **FACTS**

I Ashley B. Johnson began working at Jackson Public school District in August, 2019. I was employed as an assistant teacher for the school District. I performed my Job duties as mandated by Administration and the students and their parents were fond of me. Unfortunately, the covid crisis occurred in the first part of 2020 that altered everything. I wasn' t able to go to work because everyone was quarantined at home. However, the Cares act 0f 2020 was passed in Congress that made provisions that I could be accommodated by working from home. Initially, the Jackson Public School District made the accommodation and granted me work from home. But soon I started being targeted and discriminated against by my Supervisor- Ms Harper. She once stated to me "I don't pay you to watch your kids." she also used to make disparagingly comments about me because I worked from home. I had no other choice. The schools weren't accepting my children. I have four.

Subsequently, ms Harper called me to chastise me for being 20 minutes late for a meeting that was the result of her giving me extra work to help another instructor. I had never been late. I never heard her talk down on anyone else publicly It was even known (she admitted it) that she used to let others leave early and falsify their time as if though they were at work. So, on September 14, 2020 she called me and we had a heated exchange of words. I do admit that I communicated to her verbiage that would insinuate that I was resigning. However, it is not lawful for someone to harass you and force a resignation under duress. I called back and tried to log into zoom the following day and I was locked out. On that followup phone call, we had a calm conversation. I indicated to her that I wasn't quitting. We both agreed. Furthermore, Jackson Public school District has a policy that the resignation Must be **in writing.** She then later emailed me and told me: "Oh, I forgot, you resigned".

## **DAMAGES**

Plaintiff seeks damages for monetary loss and for emotional distress. I had to restart visiting my behavioral Doctor because I started having trouble resting at night. I also seek punitive damages as well. Just a side note, the Jackson Public school District didn't contest my unemployment claim.

**3**

## RELIEF

The Defendant violated federal laws as it relates to employment and should

compensate me in  an amount that's in accord with other similar cases.


Respectively submitted, this the 2nd day of April, 2021


109 Colonial Circle                Ashley B. Johnson
Jackson MS 39211
ashleybj2@yahoo.com

4